**Stephen F. English**, OSB No. 730843
SEnglish@perkinscoie.com
**Cody M. Weston**, OSB No. 984290
CWeston@perkinscoie.com
**Nathan R. Morales**, OSB No. 145763
NMorales@perkinscoie.com
**PERKINS COIE LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

*Attorneys for Defendant*
Corporation of the President of The Church of Jesus Christ of Latter-Day Saints

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **KRISTINE JOHNSON, JOHN DOE C., JOHN DOE J., JANE DOE K., and JOHN DOE S.**,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>**CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS AND SUCCESSORS**, a Utah corporation,<br><br>　　　　　　　Defendant. | Case No. 6:20-cv-00190<br><br>Marion County Circuit Court<br>Case No. 20CV01249<br><br>**CORPORATE DISCLOSURE STATEMENT** |

　　　　Defendant Corporation of the President of The Church of Jesus Christ of Latter-day Saints (the "Church") submits this Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1(a).

1-　　CORPORATE DISCLOSURE STATEMENT

The Church, a Utah corporation sole, is a 501(c)(3) nonprofit religious corporation described in Section 501(c)(3) of the Internal Revenue Code.  The Church does not have a parent corporation, and has no stock or shares outstanding.

| | |
|---|---|
| DATED:  February 3, 2020 | **PERKINS COIE LLP** |
| | By: */s/ Nathan Morales*<br>Stephen F. English, OSB No. 730843<br>SEnglish@perkinscoie.com<br>Cody M. Weston, OSB No. 984290<br>CWeston@perkinscoie.com<br>Nathan R. Morales, OSB No. 145763<br>NMorales@perkinscoie.com<br>1120 N.W. Couch Street, 10th Floor<br>Portland, OR  97209-4128<br>Telephone:  503.727.2000<br>Facsimile:  503.727.2222 |
| | *Attorneys for Defendant*<br>Corporation of the President of The Church of Jesus Christ of Latter-Day Saints |

2-   CORPORATE DISCLOSURE STATEMENT

146888769.1

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222