**Stephen F. English**, OSB No. 730843
SEnglish@perkinscoie.com
**Cody M. Weston**, OSB No. 984290
CWeston@perkinscoie.com
**Nathan R. Morales**, OSB No. 145763
NMorales@perkinscoie.com
**PERKINS COIE LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

*Attorneys for Defendant*
Corporation of the President of The Church of Jesus
Christ of Latter-Day Saints

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **KRISTINE JOHNSON, JOHN DOE C., JOHN DOE J., JANE DOE K., and JOHN DOE S.**,<br><br>           Plaintiffs,<br><br>   v.<br><br>**CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS AND SUCCESSORS**, a Utah corporation,<br><br>           Defendant. | Case No. 6:20-cv-00190<br><br>**REQUEST FOR REFUND OF FEES PAID ELECTRONICALLY** |

Defendant Corporation of the President of the Church of Latter-day Saints (the

"Church") submits the following filing fee refund request pursuant to the procedures set

forth in Standing Order 2011-9 for refunding erroneous or duplicate electronic filing fee

payments. The reason for and amount of the refund request are as follows:

After paying filing fees for filing a Notice of Removal, it was noticed that the "parties" section of the notice needed to be edited. As a result, counsel for the Church used the "back" button to return to the "parties" section of the Court's e-filing system. But after doing so, the forward button would not allow the Church to proceed with filing the notice without paying the filing fee again. The amount of refund requested is $400.00.

Attached hereto is supporting documentation including copy of the electronic payment receipt and a copy of the Notice of Electronic Filing (NEF) from the system transaction in CM/ECF during which payment was made.

DATED: February 10, 2020

**PERKINS COIE LLP**

By: */s/ Nathan R. Morales*
Stephen F. English, OSB No. 730843
SEnglish@perkinscoie.com
Cody M. Weston, OSB No. 984290
CWeston@perkinscoie.com
Nathan R. Morales, OSB No. 145763
NMorales@perkinscoie.com
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Telephone: 503.727.2000
Facsimile: 503.727.2222

*Attorneys for Defendant*
Corporation of the President of The Church of Jesus Christ of Latter-Day Saints