| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **To:** | Tran, Tina (POR) |
| **Subject:** | Pay.gov Payment Confirmation: OREGON DISTRICT COURT |
| **Date:** | Monday, February 3, 2020 3:22:46 PM |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Renee Martinez at 503-326-8000.

Account Number: 5649359
Court: OREGON DISTRICT COURT
Amount: $400.00
Tracking Id: AORDC-6221990
Approval Code: 067458
Card Number: ************3842
Date/Time: 02/03/2020 06:22:23 ET

NOTE: This is an automated message. Please do not reply