| | |
|---|---|
| **From:** | info@ord.uscourts.gov |
| **To:** | nobody@ord.uscourts.gov |
| **Subject:** | Activity in Case 6:20-cv-00190-MC Johnson et al v. Doe et al Refund Request Due |
| **Date:** | Wednesday, February 5, 2020 7:29:30 AM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### District of Oregon

## Notice of Electronic Filing

The following transaction was entered on 2/5/2020 at 7:27 AM PST and filed on 2/5/2020

| | |
|---|---|
| **Case Name:** | Johnson et al v. Doe et al |
| **Case Number:** | 6:20-cv-00190-MC |
| **Filer:** | Corporation of the President of the Church of Jesus Christ of Latter-Day Saints and Successors |
| **Document Number:** | 4(No document attached) |

**Docket Text:**
**A duplicate payment in the amount of $400.00 was submitted by Corporation of the President of the Church of Jesus Christ of Latter-Day Saints and Successors in the above-referenced case. For information on refund procedures, visit Requesting a Refund of Electronically Paid Fees on the Court website. Refund Request is Due 2/18/2020. (ljp)**

**6:20-cv-00190-MC Notice has been electronically mailed to:**

Cody M. Weston    cweston@perkinscoie.com, danderson@perkinscoie.com, docketpor@perkinscoie.com, khuang@perkinscoie.com, skroberts@perkinscoie.com

Nathan R. Morales    nmorales@perkinscoie.com, docketpor@perkinscoie.com, TinaTran@perkinscoie.com

Stephen F. English    senglish@perkinscoie.com, docketpor@perkinscoie.com, rflock@perkinscoie.com

William D. Brandt    bill@brandtlawoffices.com

**6:20-cv-00190-MC Notice will <u>not</u> be electronically mailed to:**