William D. Brandt, OSB #720366
Attorney at Law
494 State Street, Suite 300 B
Salem, Oregon 97302
    Telephone: (503) 485-4168
    Facsimile: (503) 364-6735
    Email: Bill@BrandtLawOffices.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Eugene Division

| | |
|---|---|
| KRISTINE JOHNSON, JOHN DOE C., JOHN DOE J., JANE DOE K., and JOHN DOE S.,<br><br>    Plaintiffs,<br><br>vs.<br><br>CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS AND SUCCESSORS, a Utah corporation,<br><br>    Defendant. | Case No. 6:20-cv-00190-MC<br><br>PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF DEADLINE |

Plaintiff hereby moves this court for an order extending the deadline to file their Opposition to Defendant's Motion to Dismiss (Doc 5) to and including Monday, March 2, 2020.

The current deadline is February 21, 2020.

There is no trial date scheduled in this matter.

This motion is based upon FRCP 6 and the court's file herein.

Page 1 - PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF DEADLINE

CERTIFICATE OF COMPLIANCE WITH LR 7.1

Defendants' counsel, William D. Brandt, certifies pursuant to LR 7.1 that he conferred with opposing counsel, Cody Weston, who has stated that defendant does not oppose this motion.

DATED: February 10, 2020.

s/ William D. Brandt
_____
William D. Brandt, OSB #720366
Attorney for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing document on:

Stephen F. English                                 Attorneys for Defendant
   SEnglish@perkinscoie.com
Cody M. Weston
   CWeston@perkinscoie.com
Perkins Coie
1120 NW Couch Street, 10th Floor
Portland OR 97209-4128

by the following indicated method or methods:

X   by mailing a full, true, and correct copy thereof in a sealed, first-class postage-prepaid envelope, addressed to the attorney(s) and/or parties as shown above, the last-known office address of the attorney, and deposited with the United States Postal Service at Salem, Oregon, on the date set forth below.

X   by e-mailing a full, true, and correct copy thereof to the attorney(s) and/or parties as shown above, at the last known e-mail address of the person.

DATED this 10th day of February, 2020.

s/ William D. Brandt
_____
William D. Brandt, OSB #720366
Attorney for Plaintiff

Page 2 - PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF DEADLINE