William D. Brandt, OSB #720366
Attorney at Law
494 State Street, Suite 300B
Salem, Oregon 97301
    Telephone: (503) 485-4168
    Facsimile: (503) 364-6735
    Email: Bill@BrandtLawOffices.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Eugene Division

| | |
|---|---|
| KRISTINE JOHNSON, JOHN DOE C., JOHN DOE J., JANE DOE K., and JOHN DOE S., <br><br>Plaintiffs,<br><br>vs.<br><br>CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS AND SUCCESSORS, a Utah corporation,<br><br>Defendant. | Case No. 6:20-cv-00190-MC<br><br>PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF DEADLINES |

Plaintiffs hereby move this court for an order extending the discovery and pretrial deadlines by 90 days as follows:

| | Current Deadline | Proposed New Deadline |
|---|---|---|
| Discovery Deadline | June 3, 2020 | September 1, 2020 |

Page 1 - PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF DEADLINES

| | | |
|---|---|---|
| Joint ADR Report | July 6, 2020 | October 5, 2020 |
| Pretrial Order | July 6, 2020 | October 5, 2020 |

The parties seek this 90 day extension because the parties are waiting for the court's decision on Defendant's Motion to Dismiss (Doc 5) in order to proceed with discovery.

There is no trial date scheduled in this matter.

## CERTIFICATE OF COMPLIANCE WITH LR 7.1

Defendants' counsel, William D. Brandt, certifies pursuant to LR 7.1 that he conferred with opposing counsel, Cody Weston, who has stated that defendant does not oppose this motion.

DATED: June 2, 2020.

s/ William D. Brandt
_____
William D. Brandt, OSB #720366
Attorney for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing document on:

| | |
|---|---|
| Stephen F. English<br>   SEnglish@perkinscoie.com<br>Cody M. Weston<br>   CWeston@perkinscoie.com<br>Perkins Coie<br>1120 NW Couch Street, 10th Floor<br>Portland OR 97209-4128 | Attorneys for Defendant |

by the following indicated method or methods:

X    by using the court's CM/ECF system.

DATED this 2nd day of June, 2020.

                                                   s/ William D. Brandt
                                                   _____
                                                   William D. Brandt, OSB #720366
                                                 Attorney for Plaintiff