William D. Brandt, OSB #720366
bill@brandtlawoffices.com
494 State Street, Suite 300B
Salem, OR 97301
Phone: (503) 485 – 4168
Fax: (503) 364 – 6735

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **KRISTINE JOHNSON, JOHN DOE C., JOHN DOE J., JANE DOE K., and JOHN DOE S.,**<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS AND SUCCESSORS, A Utah corporation<br><br>　　　　Defendant. | Case No. 6:20-CV-00190-MC<br><br>NOTICE OF VOLUNTARY DISMISSAL |

　　　　PLEASE TAKE NOTICE that plaintiffs hereby dismiss the above captioned matter with prejudice and without an award of costs or fees to either party.

　　DATED: June 22, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ William D . Brandt*
　　　　　　　　　　　　　　　　　　　　　　　　William D. Brandt, OSB #720366
　　　　　　　　　　　　　　　　　	　　　　　Attorney for Plaintiffs

Page 1 – NOTICE OF VOLUNTARY DISMISSAL

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing document on:

Stephen F. English                      Attorneys for Defendant
   SEnglish@perkinscoie.com
Cody M. Weston
   CWeston@perkinscoie.com
Perkins Coie
1120 NW Couch Street, 10th Floor
Portland OR 97209-4128

by the following indicated method or methods:

☐    by mailing a full, true, and correct copy thereof in a sealed, first-class postage-prepaid envelope, addressed to the attorney(s) and/or parties as shown above, the last-known office address of the attorney, and deposited with the United States Postal Service at Salem, Oregon, on the date set forth below.

☐    by e-mailing a full, true, and correct copy thereof to the attorney(s) and/or parties as shown above, at the last known e-mail address of the person.

☐    by e-mailing a full, true, and correct copy thereof to the attorney(s) and/or parties as shown above, at the last known e-mail address of the person. Such attorney and/or party has acknowledged via email receipt of service of this document pursuant to ORCP 9C.

X    by using the above court's e-service option.

DATED this 22nd day of July, 2020.

                                                  */s/ William D . Brandt*
                                                  William D. Brandt, OSB #720366
                                                  Attorney for Plaintiffs